```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :
                                                            :   23-CR-530 (VSB)
                                                            :
RAHSON OVERSTREET,                                          :   ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Judgment was entered in this matter on March 19, 2024.  (Doc. 28.)  The Government is hereby ORDERED to file an Order of Restitution, as well as a Victim List under seal, on or before September 13, 2024.

SO ORDERED.

Dated:    September 6, 2024
             New York, New York

                                                                                Vernon S. Broderick
                                                                              United States District Judge